UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00046

**Ronesha Skinner,**
*Plaintiff,*

v.

**Commissioner, Social Security Administration,**
*Defendant.*

## ORDER

Plaintiff Ronesha Skinner filed this action pursuant to 42 U.S.C. § 405(g) for judicial review of the commissioner's decision to deny disability benefits. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell. Doc. 4.

The magistrate judge issued a report recommending that the commissioner's decision be reversed and the matter remanded. Doc. 13. Defendant did not object to the report and recommendation. When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court reverses the commissioner's final administrative decision and remands the matter to the commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

*So ordered by the court on September 10, 2021.*

J. Campbell Barker
United States District Judge